UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTOPHER CASHMAN

v.  LEAD CASE NO. 3:02CV 1423 (MRK)
ALL CASES
MICHAEL RICIGLIANO JR.
ET AL.  October 25, 2003

### PLAINTIFFS' MOTION FOR DISCOVERY ORDERS

On June 25, 2003, Magistrate Judge Smith ordered defendants to comply with long outstanding discovery requests (Doc. No. 62). Despite several reminders and requests, defendants have not complied. For instance, Defendants did not comply with Int. 5, 11, 12, 17; have not provided Schedules K-1 for 2002 or requested documents to substantiate the claims on which they base their dispositive motion; any documents as to which the privilege was denied.

Pursuant to Fed. R. Civ. P. 37(b)(2) or (d), plaintiffs move for the entry of a default against defendants, an order that the allegations of the complaint shall be taken to be established against the defendants, and an order striking their summary judgment motion.

THE PLAINTIFF

ORAL ARGUMENT NOT REQUESTED

BY_____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395