UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CHRISTOPHER CASHMAN

v.  LEAD CASE NO. 3:02CV 1423 (MRK)
ALL CASES

MICHAEL RICIGLIANO JR.
ET AL.  October 25, 2003

LOCAL RULE 37 AFFIDAVIT

The undersigned certifies, pursuant to 28 U.S.C. §1746, that the undersigned engaged in extensive efforts to elicit compliance with the discovery Order herein (Doc. No. 62) and with two sets of discovery requests served since that time. Defense counsel did not respond, except that at the defendants' deposition, he represented that material complying with the Order would be provided by August 10, 2003. There is no known difference to be resolved; defendants have not responded to any of the attached letters seeing compliance with the Court's Order and with discovery served.

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 25, 2003.

_____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net