UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 27  4 03 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CHRISTOPHER CASHMAN

v.  LEAD CASE NO. 3:02CV 1423 (MRK)
ALL CASES

MICHAEL RICIGLIANO JR.
ET AL.                                         October 25, 2003

PLAINTIFFS' MEMORANDUM RE MOTION TO COMPEL
UNOBJECTED-TO DISCOVERY

On June 28 and August 12, 2003, plaintiffs served interrogatories and production requests on defendant seeking information regarding defendants' status as a debt collector. Defendants did not comply or object and have now served a dispositive motion based on the information it wants before the Court, excluding information sought by plaintiff to contravene their claim. Absent timely objection, a defendant is obligated to provide the requested discovery without court order. Penthouse International Ltd. v. Playboy Enterprises, Inc., 663 F.2d 371 (2d Cir. 1981).

"District courts should not countenance 'purposeful sluggishness' in discovery on the part of parties or attorneys and should be prepared to impose sanctions when they encounter it." Residential Funding Corp. v. DeGeorge Financial Corp., 306 F.3d 99 (2d Cir. 2002).

Defendants did not respond to the interrogatories at all. They claimed to have "previously produced" documents which they had not produced (they apparently exist, since someone has summarized them in support of summary judgment), and refused to say what documents had been produced. Prod. 23-27.

Moreover, they withheld privileged documents without a log, contrary to the Discovery Order (Doc. No. 62) and Local Rules. Prod 25-27.

## CONCLUSION

Since defendants have not responded to unobjected-to discovery requests, the Motion to Compel should be granted in all respects.

THE PLAINTIFFS

BY _____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395
j.faulkner@snet.net

       This is to certify that the foregoing was mailed on October 25, 2003, postage prepaid, to:

Neil Silberblatt
Steinberg & Cavaliere
50 Main St 9th floor
White Plains NY 10606

                                        _____
                                              Joanne S. Faulkner

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---------------- X
CHRISTOPHER CASHMAN,   Lead Case No.
                      302 CV 1423 (DJS) (TPS)
    Plaintiff,

  - against -         **DEFENDANTS' RESPONSE TO
                      PLAINTIFFS' THIRD**
MICHAEL RICIGLIANO, JR. and   **REQUEST FOR PRODUCTION**
MARGIOTTA & RICIGLIANO,   **OF DOCUMENTS**

    Defendants.
---------------- X
JANET B. MONTVILLE,   302 CV 1427

    Plaintiff,

  - against -

MICHAEL RICIGLIANO, JR. and
MARGIOTTA & RICIGLIANO,

    Defendants.
---------------- X

Defendants Michael Ricigliano, Jr. and Margiotta & Ricigliano ("M&R") (collectively referred to herein as "Defendants"), by and through their undersigned counsel, as and for their Response to the **Third** Request for Production of Documents served by plaintiffs Christopher Cashman ("Mr. Cashman") and Janet B. Montville ("Ms. Montville"), state as follows:

**Request:**

23. Please produce a copy of all documents supporting your claim in ¶ 14 of the Affidavit submitted in support of Motion to Dismiss as to the amount of legal fees resulting from legal services on behalf of Arrow.

**Response:**

23. Copies of any and all statements and invoices sent by M&R to Arrow Financial Services LLC ("AFS") for the years 2001 through and including 2002 were previously produced by Defendants in response to Mr. Cashman's and Ms. Montville's First Requests for Production of Documents.

**Request:**

24. Please produce a copy of all documents supporting your claim in ¶ 15 of the Affidavit submitted in support of Motion to Dismiss as to the amount of legal fees resulting from legal services on behalf of Arrow.

**Response:**

24. See Response to Request No. 23.

**Request:**

25. Please produce all documents concerning remittances and reports as provided for in ¶ I.C. of the Agreement for Legal Collection Service.

**Response:**

25. Any non-privileged documents in Defendants' custody, possession or control which are responsive to Request No. 25 were previously provided to Mr. Cashman's and Ms. Montville's counsel.

**Request:**

26. Please provide all documents concerning remittances and reports as provided for in ¶ II.D. of the Agreement for Legal Collection Service.

- 2 -

**Response:**

26. Any non-privileged documents in Defendants' custody, possession or control which are responsive to Request No. 26 were previously provided to Mr. Cashman's and Ms. Montville's counsel.

**Request:**

27. Please produce all documents concerning remittances and reports as provided for in ¶ II.E of the Agreement for Legal Collection Service.

**Response:**

27. Any non-privileged documents in Defendants' custody, possession or control which are responsive to Request No. 27 were previously provided to Mr. Cashman's and Ms. Montville's counsel.

**Request:**

28. Please produce all documents concerning termination as provided for in ¶ III.C of the Agreement for Legal Collection Service.

**Response:**

28. Defendants are not in possession of any documents which are responsive to Request No. 28. Copies of any motions made by M&R to be relieved as counsel for AFS in the State court "collection" actions against Mr. Cashman and Ms. Montville were previously provided to Mr. Cashman's and Ms. Montville's counsel.

**Request:**

29. Please produce all documents concerning indemnification claims as provided for in ¶ III.H and I of the Agreement for Legal Collection Service.

- 3 -

**Response:**

    29.    Defendants are not in possession of any documents which are responsive to Request No. 29.

Dated:    White Plains, New York
            July 29, 2003

                                    STEINBERG & CAVALIERE, LLP

                                    By /s/ Neil Silberblatt
                                    Neil W. Silberblatt
                                  Attorneys for Defendants
                                  50 Main Street, 9th Floor
                                  White Plains, New York 10606
                                  (914) 761-4200
                                  Fed Bar No. CT 04032