UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---------------- X
CHRISTOPHER CASHMAN,                    Lead Case No.
                                        302 CV 1423 (MRK) (TPS)
    Plaintiff,

- against -

MICHAEL RICIGLIANO, JR. and
MARGIOTTA & RICIGLIANO,

    Defendants.
---------------- X
KELLY JACKSON,                          302 CV 1424

    Plaintiff,

- against -

MICHAEL RICIGLIANO, JR. and
MARGIOTTA & RICIGLIANO,

    Defendants.
---------------- X
KATHLEEN STROZESKI,                     302 CV 1426

    Plaintiff,

- against -

MICHAEL RICIGLIANO, JR. and
MARGIOTTA & RICIGLIANO,

    Defendants.
---------------- X
JANET B. MONTVILLE,                     302 CV 1427

    Plaintiff,

- against -                             **DEFENDANTS' LOCAL
                                        RULE 9(c)(1)**
MICHAEL RICIGLIANO, JR. and             **STATEMENT**
MARGIOTTA & RICIGLIANO,

    Defendants.
---------------- X

4.   Since his admission to the bars of the States of New York and Connecticut (in June 1999) and continuing to the present, Mr. Ricigliano's individual legal practice has mirrored that of M&R.

5.   During the period from January 2001 through and including December 2002, M&R handled more than 1,200 legal matters, including nearly 1,000 real estate matters, approximately 70 tax certiorari proceedings, 30 criminal matters, 75 landlord/tenant matters, 35 zoning matters, 6 matrimonial matters, 40 trusts and estates matters, and 20 civil litigation matters.

6.   For the year ending December 31, 2001, M&R generated total gross revenues from all of its legal services in the amount of $732,154.

7.   For the year ending December 31, 2002, M&R generated total gross revenues from all of its legal services in the amount of $703,957.

8.   In or about the fall of 2001, M&R was retained by Arrow Financial Services LLC ("AFS") - pursuant to a written retainer agreement - to render certain legal services on behalf of AFS in connection with various allegedly outstanding consumer credit card debts which had been assigned to AFS.

9.   During the period from October 2001 through February 2002 - in addition to the five "demand letters" sent by M&R to Plaintiffs - M&R sent 85 "demand letters" for or on behalf of AFS (as assignee of other creditors) to various individuals residing

in Connecticut. M&R did not send any demand letters on behalf of AFS to anyone outside of Connecticut.

10. Those 90 collection matters represent the totality of M&R's collection activities for or on behalf of AFS.

11. Those 90 collection matters also represent less than One Percent of the more than 1,200 legal matters handled by M&R during the period from January 1, 2001 through December 31, 2002.

12. Of those 90 collection matters, M&R commenced 53 actions on behalf of AFS (as assignee of other creditors) in Connecticut Superior Court.

13. Apart from those 53 actions, M&R did not file any other collection actions for or on behalf of AFS in this or any other state.

14. Of those 53 State court actions, 18 actions have been discontinued (including the action against Christopher Cashman).

15. Of the remaining 35 State court actions, two actions have been dismissed (including the action against Kathleen Strozeski); and M&R has been relieved as AFS's counsel in nine actions (including the action against Janet Montville).

16. M&R has moved to be relieved as AFS's counsel in the remaining 24 State court actions, which motions are currently pending.

17. Since 2002 and continuing to the present, M&R has not commenced or pursued any action for or on behalf of AFS in this or any other state.

- 4 -

18.  The 53 State court actions commenced by M&R represent the totality of all collection actions commenced by M&R for or on behalf of AFS.

19.  Those 53 actions also represent less than One-Half of One Percent of the more than 1,200 legal matters handled by M&R during the period from January 1, 2001 through December 31, 2002.

20.  The revenues generated by M&R's legal services on behalf of AFS represents only an infinitesimal percentage of M&R's total revenues.

21.  For the year ending December 31, 2001, M&R realized revenues of less than $317 as a result of its legal services on behalf of AFS.  Those revenues represent less than One-Tenth of One Percent of M&R's total gross revenues (of $732,154) for the same period.

22.  For the year ending December 31, 2002, M&R realized revenues of $3,010 as a result of its legal services on behalf of AFS.  Those revenues represent less than One-Quarter of One Percent of M&R's total gross revenues (of $703,957) for the same period.

Dated:     White Plains, New York
           October 22, 2003

                                       Respectfully submitted,

                                       STEINBERG & CAVALIERE, LLP

                                       By_____
                                          Neil W. Silberblatt
                                       Attorneys for Defendants
                                       50 Main Street, 9th Floor
                                       White Plains, New York 10606
                                       (914) 761-4200
                                       Fed Bar No. CT 04032

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Local Rule 9(c)(1) Statement was served this 22nd day of October, 2003, by regular first-class mail, on the following counsel of record:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422

*Neil Silberblatt*
NEIL W. SILBERBLATT

- 7 -