UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER CASHMAN | |
| v. | LEAD CASE NO. 3:02CV 1423 (MRK) |
| | ALL CASES |
| MICHAEL RICIGLIANO JR. | |
| MARGIOTTA & RICIGLIANO | November 7, 2003 |

PLAINTIFFS' MOTION TO STRIKE AFFIDAVIT

Pursuant to the teachings of De Cintio v. Westchester County Medical Center, 821 F.2d 111, 114 (2d Cir. 1987), plaintiffs move to strike as inadmissible (hearsay, incompetent, or otherwise objectionable) portions of the Affidavit (and Exhibits thereto) of Michael Ricigliano Jr., as more fully set forth in the Memorandum filed herewith. The Affidavit (appended to Doc. No. 72) does not meet the criteria of Fed. R. Civ. P. 56(e) or D. Conn. Local Civ. Rule 56(a)3 and should not be considered by the Court in determining any Summary Judgment motion. Plaintiffs move to strike Exhibits A, B, C, F, and G; and paragraphs 3, 4, 7-10, 14, 17-22.

A memorandum is submitted herewith.

THE PLAINTIFFS

BY_____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395