Civil/Family Case Lookup Help                                                                                   Page 1 of 1



Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notic...

Screen Section Help: Detail Party Motions

# Case Detail

**Data Updated as of: 10/31/2003**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| ARROW FINANCIAL SVCS | VS | FREEMAN, MAVIS |

| | |
|---|---|
| **Docket Number:** CV-02-0814067-S | **Court Location:** Hartford |
| **File Date:** Feb 01 2002 | **Return Date:** Feb 05 2002 |
| **\* Last Action Date:** May 14 2002 | **ADR Status:** Not Applicable |
| **Case Type:** CONTRACTS - COLLECTIONS | |
| **List Type:** . | |
| **Disposition Date:** | |
| **Judge/Magistrate:** | **Trial List Claim:** |
| **Disposition:** | |

\* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| ARROW FINANCIAL SERVICES LLC | 01 | P | | Y |
| MAVIS FREEMAN | 50 | D | | Y |

## Motions / Pleadings / Objections

| Entry No | Entry Date | Description | Initiated By | Arguable | Result | Result Date | Ordered By |
|---|---|---|---|---|---|---|---|
| 101.00 | Apr 23 2002 | MOT PERMISSION WD APPRNC | P | No | Granted | May 06 2002 | Hon. JOHN LANGENBACH |

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | **Civil/Family Case Disclaimer**

Copyright © 2003, State of Connecticut Judicial Branch

http://www.jud2.state.ct.us/Civil_Inquiry/DispDetail.asp?DocNum=HHD-CV-02-0814067-S          11/3/03



Civil Inquiry Home    Prev Page    Site Help    Comments Page    Calendar Notices    Case Look-up

**Screen Section Help:** Detail  Party  Motions

# Case Detail

**Data Updated as of:** 10/31/2003

| Plaintiff Name VS Defendant Name |
|---|
| ARROW FINANCIAL    VS    MAIER, MICHAEL |

| | |
|---|---|
| **Docket Number:** CV-02-0077801-S | **Court Location:** Tolland |
| **File Date:** Feb 01 2002 | **Return Date:** Feb 05 2002 |
| * **Last Action Date:** Sep 23 2003 | **ADR Status:** Not Applicable |
| **Case Type:** CONTRACTS - COLLECTIONS | |
| **List Type:** . | |
| **Disposition Date:** Sep 23 2003 | |
| **Judge/Magistrate:** Hon. J. KAPLAN | **Trial List Claim:** |
| **Disposition:** JUDGMENT OF DISMISSAL | |

* 'Last Action Date' is a data entry date, not actual date

### Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| ARROW FINANCIAL SERVICES LLC | 01 | P | | Y |
| MICHAEL MAIER  250 PINNEY STREET APT D ELLINGTON CT 06029 | 50 | D | Y | |

### Motions / Pleadings / Objections

| Entry No | Entry Date | Description | Initiated By | Arguable | Result | Result Date | Ordered By |
|---|---|---|---|---|---|---|---|
| 101.00 | May 01 2002 | MOT WITHDRAW APPEARANCE | P | No | Granted | May 13 2002 | Hon. GEORGE LEVINE |
| 101.10 | May 01 2002 | NOTICE | P | No | | | |
| 102.00 | Sep 23 2003 | JUDGMENT OF DISMISSAL | | Yes | | Sep 23 2003 | Hon. JONATHAN KAPLAN |

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | Civil/Family Case Disclaimer

http://www.jud2.state.ct.us/Civil_Inquiry/DispDetail.asp?DocNum=TTD-CV-02-0077801-S    11/3/03

Family Case Lookup Help

Page 1 of 1

# State of Connecticut
# Judicial Branch
Civil/Family Case Look-up

Comments Page

Click here for information on how to use our site.

Screen Section Help
Detail
Party
Motions

## Case Detail

Data Updated as of: 2/4/2002

Plaintiff Name    v.    Defendant Name
ARROW FINANCIAL SERVICES    v.

| | |
|---|---|
| Docket Number: CV-02-0459774-S | Court Location: New Haven |
| File Date: Jan 17 2002 | Return Date: Jan 22 200 |
| * Last Action Date: Jan 17 2002 | ADR Status: Not Applic |
| Case Type: CONTRACTS - COLLECTIONS | |
| List Type: | |
| Disposition Date: | |
| Judge/Magistrate: | Trial List Claim: |
| Disposition: | |

* 'Last Action Date' is a data entry date, not actua

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appea |
|---|---|---|---|---|
| ARROW FINANCIAL SERVICES LLC | 01 | P | | |
| Attorney: MICHAEL RICIGLIANO (Juris No. 416888)  MARGIOTTA & RICIGLIANO  P.O. BOX 38  UNIONDALE, NY 11553 | | | | |
| MAURICE HARRIS | 50 | D | | Y |

** No Motions / Pleadings / Objections Were Found **


Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Noti...   Case Look-up

# Case List for MICHAEL THOMAS RICIGLIANO as of 10/31/2003.

| Category | Docket Number | Case Name | Location |
|---|---|---|---|
| CV | CV-02-0459776-S | ARROW FINANCIAL SER V. PONCE,JOSE L | New Haven |
| CV | CV-02-0097514-S | ARROW FINANCIAL SER V. THOMPSON, ANITA | Middletown |
| CV | CV-02-0459777-S | ARROW FINANCIAL SER V. TORRES,ELIZABETH | New Haven |
| CV | CV-02-0459775-S | ARROW FINANCIAL SER V. WATSON,DEBRA A | New Haven |
| CV | CV-02-0389992-S | ARROW FINANCIAL SERV V. BLEDSOE RUSSELL | Bridgeport |
| CV | CV-02-0344876-S | ARROW FINANCIAL SERV V. GONZALES,JUDITH | Danbury |
| CV | CV-02-0390032-S | ARROW FINANCIAL SERV V. LAWRENCE GEORGE | Bridgeport |
| CV | CV-02-0076831-S | ARROW FINANCIAL SERV V. WAGNER, MICHELLE | Milford |
| CV | CV-02-0076873-S | ARROW FINANCIAL SVC. V. DARDEN,ANNETTE M. | Milford |
| CV | CV-02-0169252-S | ARROW FINANCIAL SVCS V. BILUPS, R. G. | Waterbury |
| CV | CV-02-0067292-S | ARROW FINANCIAL SVS V. BARROS, ANTHONY | Windham |
| CV | CV-02-0067322-S | ARROW FINANCIAL SVS V. GENDREAU, JAMES | Windham |
| CV | CV-02-0067294-S | ARROW FINANCIAL SVS V. HUGHES, STEPHEN | Windham |
| CV | CV-02-0067301-S | ARROW FINANCIAL SVS V. MATOS, MAGDA I. | Windham |
| CV | CV-02-0067293-S | ARROW FINANCIAL SVS V. POUDRIER, ANN | Windham |
| CV | CV-02-0067146-S | ARROW FINANCIAL SVS V. TAYLOR, NANCY | Windham |
| CV | CV-02-0814101-S | ARROW FINANCIAL V. BITTLE, JEANNIE | Hartford |
| CV | CV-02-0187807-S | ARROW FINANCIAL V. EVANS,NATHANIEL | Stamford |
| CV | CV-02-0814051-S | ARROW FINANCIAL V. EWART, RUDOLPH R. | Hartford |
| CV | CV-02-0187358-S | ARROW FINANCIAL V. FRANK,ROCCO | Stamford |
| CV | CV-02-0512986-S | ARROW FINANCIAL V. JACKSON,KELLY | New Britain |
| CV | CV-02-0187808-S | ARROW FINANCIAL V. JAMES,NORMA | Stamford |
| CV | CV-02-0814052-S | ARROW FINANCIAL V. PETROLITO, LUCIANO | Hartford |
| CV | CV-02-0187801-S | ARROW FINANCIAL V. RODRIGUEZ,LINDA | Stamford |
| CV | CV-02-0512989-S | ARROW FINANCIAL V. SLAWSKI,EDYTA | New Britain |
| CV | CV-02-0187315-S | ARROW FINANCIAL V. STEWART,DAVID | Stamford |

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | Civil/Family Case Disclaimer

Copyright © 2003, State of Connecticut Judicial Branch



Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notice   Case Look-up

**Screen Section Help:** Detail  Party  Motions

# Case Detail

**Data Updated as of: 10/31/2003**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| ARROW FINANCIAL SER | VS | PONCE, JOSE L |

| | |
|---|---|
| **Docket Number:** CV-02-0459776-S | **Court Location:** New Haven |
| **File Date:** Jan 17 2002 | **Return Date:** Jan 29 2002 |
| ***Last Action Date:** Jan 18 2002 | **ADR Status:** Not Applicable |
| **Case Type:** CONTRACTS - COLLECTIONS | |
| **List Type:** . | |
| **Disposition Date:** | |
| **Judge/Magistrate:** | **Trial List Claim:** |
| **Disposition:** | |

* 'Last Action Date' is a data entry date, not actual date

### Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| ARROW FINANCIAL SERVICES LLC | 01 | P | | |
| Attorney: MICHAEL RICIGLIANO (Juris No. 416888) RICIGLIANO - SUITE 201 QUENTIN ROOSEVELT BLVD GARDEN CITY, NY 11530 | | | | |
| JOSE L. PONCE | 50 | D | | Y |

### Motions / Pleadings / Objections
** No Motions / Pleadings / Objections Were Found **

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | **Civil/Family Case Disclaimer**

Copyright © 2003, State of Connecticut Judicial Branch



Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notic   Case Look-up

Screen Section Help: Detail  Party  Motions

# Case Detail

**Data Updated as of: 10/31/2003**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| ARROW FINANCIAL SER | VS | TORRES,ELIZABETH |

| | |
|---|---|
| **Docket Number:** CV-02-0459777-S | **Court Location:** New Haven |
| **File Date:** Jan 17 2002 | **Return Date:** Jan 29 2002 |
| **\* Last Action Date:** Jan 18 2002 | **ADR Status:** Not Applicable |
| **Case Type:** CONTRACTS - COLLECTIONS | |

| | |
|---|---|
| **List Type:** . | |
| **Disposition Date:** | |
| **Judge/Magistrate:** | **Trial List Claim:** |
| **Disposition:** | |

\* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| ARROW FINANCIAL SERVICES LLC | 01 | P | | |
| Attorney: MICHAEL RICIGLIANO (Juris No. 416888) | | | | |
| RICIGLIANO - SUITE 201 QUENTIN ROOSEVELT BLVD GARDEN CITY, NY 11530 | | | | |
| ELIZABETH TORRES | 50 | D | | Y |

## Motions / Pleadings / Objections
**\*\* No Motions / Pleadings / Objections Were Found \*\***

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | Civil/Family Case Disclaimer

Copyright © 2003, State of Connecticut Judicial Branch



Civil Inquiry Home  Prev Page  Site Help  Comments Page  Calendar Notic   Case Look-up

**Screen Section Help:** Detail Party Motions

# Case Detail

**Data Updated as of: 10/31/2003**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| ARROW FINANCIAL SER | VS | WATSON, DEBRA A |

| | |
|---|---|
| **Docket Number:** CV-02-0459775-S | **Court Location:** New Haven |
| **File Date:** Jan 17 2002 | **Return Date:** Jan 29 2002 |
| ***Last Action Date:** Jan 18 2002 | **ADR Status:** Not Applicable |
| **Case Type:** CONTRACTS - COLLECTIONS | |

| | |
|---|---|
| **List Type:** . | |
| **Disposition Date:** | |
| **Judge/Magistrate:** | **Trial List Claim:** |
| **Disposition:** | |

* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| ARROW FINANCIAL SERVICES LLC | 01 | P | | |
| Attorney: MICHAEL RICIGLIANO (Juris No. 416888) | | | | |
| RICIGLIANO - SUITE 201 QUENTIN ROOSEVELT BLVD GARDEN CITY, NY 11530 | | | | |
| DEBRA A. WATSON | 50 | D | Y | |
| 95 LAKEVIEW TERRACE NEW HAVEN, CT 06515 | | | | |

## Motions / Pleadings / Objections
** No Motions / Pleadings / Objections Were Found **

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | **Civil/Family Case Disclaimer**

Copyright © 2003, State of Connecticut Judicial Branch



Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notices   Case Look-up

**Screen Section Help:** Detail  Party  Motions

# Case Detail

**Data Updated as of: 10/31/2003**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| ARROW FINANCIAL SERV | VS | BLEDSOE RUSSELL |

**Docket Number:** CV-02-0389992-S     **Court Location:** Bridgeport
**File Date:** Feb 01 2002               **Return Date:** Feb 05 2002
**\* Last Action Date:** Feb 04 2002     **ADR Status:** Not Applicable
**Case Type:** CONTRACTS - COLLECTIONS

**List Type:**
**Disposition Date:**
**Judge/Magistrate:**                    **Trial List Claim:**
**Disposition:**

\* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| ARROW FINANCIAL SERVICES LLC | 01 | P | | |
| Attorney: MICHAEL RICIGLIANO (Juris No. 416888) | | | | |
| RICIGLIANO - SUITE 201 QUENTIN ROOSEVELT BLVD GARDEN CITY, NY 11530 | | | | |
| RUSSELL G. BLEDSOE | 50 | D | | Y |

## Motions / Pleadings / Objections
**\*\* No Motions / Pleadings / Objections Were Found \*\***

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | **Civil/Family Case Disclaimer**

Copyright © 2003, State of Connecticut Judicial Branch



Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Noti...   Case Look-up

**Screen Section Help:** Detail Party Motions

# Case Detail

**Data Updated as of: 10/31/2003**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| ARROW FINANCIAL SVCS | VS | BILUPS, R. G. ETAL |

| | |
|---|---|
| **Docket Number:** CV-02-0169252-S | **Court Location:** Waterbury |
| **File Date:** Jan 14 2002 | **Return Date:** Jan 22 2002 |
| **\* Last Action Date:** Jan 17 2002 | **ADR Status:** Not Applicable |
| **Case Type:** CONTRACTS - COLLECTIONS | |

| | |
|---|---|
| **List Type:** | |
| **Disposition Date:** | |
| **Judge/Magistrate:** | **Trial List Claim:** |
| **Disposition:** | |

\* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| ARROW FINANCIAL SERVICES LLC | 01 | P | | |
| Attorney: MICHAEL RICIGLIANO (Juris No. 416888) RICIGLIANO - SUITE 201 QUENTIN ROOSEVELT BLVD GARDEN CITY, NY 11530 | | | | |
| R.I.G. BILUPS | 50 | D | | Y |
| RHODA G. BILLUPS | 51 | D | | Y |

### Motions / Pleadings / Objections
**\*\* No Motions / Pleadings / Objections Were Found \*\***

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | Civil/Family Case Disclaimer

Copyright © 2003, State of Connecticut Judicial Branch



Civil Inquiry Home  Prev Page  Site Help  Comments Page  Calendar Notic...  Case Look-up

Screen Section Help: Detail Party Motions

# Case Detail

**Data Updated as of: 10/31/2003**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| ARROW FINANCIAL | VS | BITTLE, JEANNIE |

| | |
|---|---|
| **Docket Number:** CV-02-0814101-S | **Court Location:** Hartford |
| **File Date:** Feb 04 2002 | **Return Date:** Feb 05 2002 |
| **\* Last Action Date:** Feb 05 2002 | **ADR Status:** Not Applicable |
| **Case Type:** CONTRACTS - COLLECTIONS | |

| | |
|---|---|
| **List Type:** | |
| **Disposition Date:** | |
| **Judge/Magistrate:** | **Trial List Claim:** |
| **Disposition:** | |

\* 'Last Action Date' is a data entry date, not actual date

### Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| ARROW FINANCIAL SERVICES LLC | 01 | P | | |
| Attorney: MICHAEL RICIGLIANO (Juris No. 416888) | | | | |
| RICIGLIANO - SUITE 201 QUENTIN ROOSEVELT BLVD GARDEN CITY, NY 11530 | | | | |
| JEANNIE BITTLE | 50 | D | Y | |
| 91 BRIARWOOD DR WINDSOR CT 06095 | | | | |

### Motions / Pleadings / Objections
**\*\* No Motions / Pleadings / Objections Were Found \*\***

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | **Civil/Family Case Disclaimer**

Copyright © 2003, State of Connecticut Judicial Branch

Civil/Family Case Lookup Help

Page 1 of 1

 

Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notices   Case Look-up

**Screen Section Help:** Detail Party Motions

# Case Detail

**Data Updated as of: 10/31/2003**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| ARROW FINANCIAL | VS | EWART, RUDOLPH R. |

| | |
|---|---|
| **Docket Number:** CV-02-0814051-S | **Court Location:** Hartford |
| **File Date:** Feb 01 2002 | **Return Date:** Feb 05 2002 |
| **\* Last Action Date:** Feb 05 2002 | **ADR Status:** Not Applicable |
| **Case Type:** CONTRACTS - COLLECTIONS | |
| **List Type:** . | |
| **Disposition Date:** | |
| **Judge/Magistrate:** | **Trial List Claim:** |
| **Disposition:** | |

\* 'Last Action Date' is a data entry date, not actual date

### Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| ARROW FINANCIAL SERVICES LLC | 01 | P | | |
| Attorney: MICHAEL RICIGLIANO (Juris No. 416888) RICIGLIANO - SUITE 201 QUENTIN ROOSEVELT BLVD GARDEN CITY, NY 11530 | | | | |
| RUDOLPH R. EWART | 50 | D | | Y |

### Motions / Pleadings / Objections
**\*\* No Motions / Pleadings / Objections Were Found \*\***

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | Civil/Family Case Disclaimer

Copyright © 2003, State of Connecticut Judicial Branch



Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notices   Case Look-up

**Screen Section Help:** Detail Party Motions

# Case Detail

**Data Updated as of: 10/31/2003**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| ARROW FINANCIAL | VS | PETROLITO, LUCIANO |

| | |
|---|---|
| **Docket Number:** CV-02-0814052-S | **Court Location:** Hartford |
| **File Date:** Feb 01 2002 | **Return Date:** Feb 05 2002 |
| **\* Last Action Date:** Feb 05 2002 | **ADR Status:** Not Applicable |
| **Case Type:** CONTRACTS - COLLECTIONS | |
| **List Type:** | |
| **Disposition Date:** | |
| **Judge/Magistrate:** | **Trial List Claim:** |
| **Disposition:** | |

\* 'Last Action Date' is a data entry date, not actual date

### Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| ARROW FINANCIAL SERVICES LLC | 01 | P | | |
| Attorney: MICHAEL RICIGLIANO (Juris No. 416888) | | | | |
| RICIGLIANO - SUITE 201 QUENTIN ROOSEVELT BLVD GARDEN CITY, NY 11530 | | | | |
| LUCIANO PETROLITO | 50 | D | | Y |

### Motions / Pleadings / Objections

| Entry No | Entry Date | Description | Initiated By | Arguable | Result | Result Date | Ordered By |
|---|---|---|---|---|---|---|---|
| 101.00 | Jan 29 2002 | LETTER | D | No | | | |

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | **Civil/Family Case Disclaimer**

Copyright © 2003, State of Connecticut Judicial Branch