min
(formhrg January 10, 2002)

HONORABLE **M. R. Kravitz**
DEPUTY CLERK **K. Chilard**   RPTR/ERO/TAPE **Thea**

TOTAL TIME: **1** hours **25** minutes

DATE **March 11, 2004**   START TIME **2:03**   END TIME **3:28**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Cashman, et al**

CIVIL NO. **3:02cv1423 MRK**

vs.

**Joanne S. Faulkner**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Ricigliano, et al**

**Neil W. Silberblatt**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

| | Doc # | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ | #46 | to amend/correct | ☑ | ☐ | ☐ |
| ☑ | #65 | Summary Judgment | ☐ | ☐ | ☑ |
| ☑ | #72 | Summary Judgment | ☐ | ☐ | ☑ |
| ☑ | #68 | For discovery | ☐ | ☑ moot | ☐ |
| ☑ | #70 | to Compel | ☐ | ☑ moot | ☐ |
| ☑ | #75 | to Strike | ☐ | ☐ | ☑ |

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

_____ Hearing continued until _____ at _____