UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER CASHMAN, | : |
| | : |
| Plaintiff | : |
| | : LEAD DOCKET NO. |
| v. | : 3:02 CV 1423 (MRK) |
| | : |
| MICHAEL RICIGLIANO, JR. | : ALL CASES |
| et al., | : |
| | : |
| Defendants. | : |

**ORDER VACATING REFERRAL**

The order referring this consolidated case to Magistrate Judge Thomas P. Smith [doc. #23] is VACATED.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
         U.S.D.J.

Dated at New Haven, Connecticut: March 10, 2004.