# United States District Court
# District of Connecticut

| | |
|---|---|
| CHRISTOPHER CASHMAN, | : |
| | : |
| Plaintiff, | : |
| | :       LEAD CASE |
| v. | :       Civil No. 3:02CV1423 (MRK) |
| | : |
| MICHAEL RICIGLIANO JR., and | : |
| MARGIOTTA & RICIGLIANO, | : |
| | : |
| Defendants. | : |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____ A ruling on the following motions which are currently pending: (orefm.)
Doc#

____ A settlement conference (orefmisc./cnf.)

____ A conference to discuss the following: (orefmisc./cnf.)

_X_ Other: (orefmisc./misc) **Hearing on Damages**


SO ORDERED this __25th__ day of __August__, __2004__ at New Haven, Connecticut.


                                                /s/      Mark R. Kravitz
                                                        United States District Judge