UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTOPHER CASHMAN

v.   LEAD CASE NO. 3:02CV 1423 (MRK)
     ALL CASES

MICHAEL RICIGLIANO JR.
MARGIOTTA & RICIGLIANO   January 31, 2005

## PLAINTIFF'S INTERIM FEE APPLICATION

Plaintiffs apply for an award of interim fees against defendants in the sum of $32,209. Plaintiffs prevailed on their motion for summary judgment. Doc. No. 83. A hearing in damages is set for Feb. 24, 2005, and this application is submitted to comply with Magistrate Judge Garfinkels' Elecronic Scheduling Order of January 10, 2005, and so that the fee issues will be joined by the hearing date. Plaintiffs also intend to seek $1230.40 in filing and service costs and $885.42 in subpoena and deposition costs. Counsel submits an affidavit as to time and experience herewith.

THE PLAINTIFF

BY __/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

This is to certify that the foregoing was mailed on January 29, 2005, postage prepaid, to:

Neil Silberblatt
Steinberg & Cavaliere, LLP
50 Main St 9th floor
White Plains NY 10606

__/s/ Joanne S. Faulkner__