# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER CASHMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | LEAD CASE |
| v. | : | Civil No. 3:02CV1423 (MRK) |
| | : | |
| MICHAEL RICIGLIANO JR., and | : | |
| MARGIOTTA & RICIGLIANO, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------
------------------------------------------------------

| | | |
|---|---|---|
| KELLY S. JACKSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | MEMBER |
| v. | : | Civil No. 3:02CV1424 (MRK) |
| | : | |
| MICHAEL RICIGLIANO JR., and | : | |
| MARGIOTTA & RICIGLIANO, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------
------------------------------------------------------

| | | |
|---|---|---|
| KATHLEEN STROZESKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | MEMBER |
| v. | : | Civil No. 3:02CV1426 (MRK) |
| | : | |
| MICHAEL RICIGLIANO JR., and | : | |
| MARGIOTTA & RICIGLIANO, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------
------------------------------------------------------

EOD _____

| | |
|---|---|
| JANET B. MONTVILLE,                : | |
|                                    : | |
|     Plaintiff,                   : | |
|                                    : | MEMBER |
| v.                                 : | Civil No. 3:02CV1427 (MRK) |
|                                    : | |
| MICHAEL RICIGLIANO JR., and        : | |
| MARGIOTTA & RICIGLIANO,            : | |
|                                    : | |
|     Defendants.                : | |

-------------------------------------------------------
-------------------------------------------------------

| | |
|---|---|
| LUCIANO PETROLITA,                 : | |
|                                    : | |
|     Plaintiff,                   : | |
|                                    : | MEMBER |
| v.                                 : | Civil No. 3:02CV1822 (MRK) |
|                                    : | |
| MICHAEL RICIGLIANO JR., and        : | |
| MARGIOTTA & RICIGLIANO,            : | |
|                                    : | |
|     Defendants.                : | |

## JUDGMENT

This action came on for consideration before the Honorable Mark R. Kravitz, United States District Judge, and the Honorable William I. Garfinkel, United States Magistrate Judge, as a result of the plaintiff's Motion for Summary Judgment. On August 26, 2004, a Memorandum of Decision entered granting the motion for summary judgment against the defendants Michael Ricigliano, Jr., and Margiotta & Ricigliano. A hearing on damages was held on February 24, 2005, before the Honorable William I. Garfinkel, United States Magistrate Judge. On February 25, 2005, a Recommended Ruling on Damages entered ordering that final judgment enter for each of the named plaintiffs, against the defendants, Michael Ricigliano, Jr., and Margiotta & Ricigliano, in the amount of $1,000.00 in damages. On March 21, 2005, the Recommended Ruling was approved and accepted by the Honorable Mark R. Kravitz, United

States District Judge.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for each of the named plaintiffs, against the defendants, Michael Ricigliano, Jr., and Margiotta & Ricigliano, in the amount of $1,000.00.

Dated at New Haven, Connecticut this 23rd day of March 2005.

KEVIN F. ROWE, Clerk
By

 /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk