UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER CASHMAN, : | |
| : | |
| Plaintiff, : | |
| : | LEAD CASE |
| v. : | Civil No. 3:02CV1423 (MRK) |
| : | |
| MICHAEL RICIGLIANO JR., and : | |
| MARGIOTTA & RICIGLIANO, : | |
| : | |
| Defendants. : | |

## RULING

Upon review and pursuant to 28 U.S.C. § 636(b)(1) and Rule 72.2 of the Local Rules for United States Magistrate Judges (D. Conn.), and in the absence of any objections by the parties, U.S. Magistrate William. I. Garfinkel's Recommended Ruling on Attorney's Fee Award [**doc. #92**] is APPROVED AND ACCEPTED.  **The Clerk is directed to close the file.**

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: **April 28, 2005**.