UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTOPHER CASHMAN

v.   LEAD CASE NO. 3:02CV 1423 (MRK)
     ALL CASES

MICHAEL RICIGLIANO JR.
MARGIOTTA & RICIGLIANO   September 30, 2005

PARTIAL SATISFACTION OF JUDGMENT

This is to acknowledge that the damages judgment herein has been paid to the named plaintiffs, but the award of fees and costs, $32,934.82, has not been paid and has been accruing interest since March 23, 2005 at the federal rate of 3.03 per cent.

THE PLAINTIFF

BY___/S/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon St
New Haven, CT 06511-2422
(203) 772-0395

This is to certify that the foregoing was mailed on September 30, 2005, postage prepaid, to:

Neil Silberblatt
Steinberg & Cavaliere, LLP
50 Main St 9th floor
White Plains NY 10606

_____/s/ Joanne S. Faulkner___
Joanne S. Faulkner