FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 OCT 21  P 2: 17

CHRISTOPHER CASHMAN

U.S. DISTRICT COURT
NEW HAVEN, CT

v.                                                    LEAD CASE NO. 3:02CV1423 (MRK)
ALL CASES

MICHAEL RICIGLIANO JR.
MARGIOTTA & RICIGLIANO                                October 20, 2005

## FULL SATISFACTION

This will acknowledge that the Ruling of the Court entered April 29, 2005, which

approved and accepted the Recommended Ruling of Magistrate Judge William I. Garfinkel

concerning an award of attorney's fees and disbursements, has been fully satisfied by the

payment of $32,934.82, receipt of which is acknowledged.

THE PLAINTIFF

BY___/S/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon St
New Haven, CT 06511-2422
(203) 772-0395

This is to certify that the foregoing was mailed on October 20, 2005, postage
prepaid, to:

Neil Silberblatt
Steinberg & Cavaliere, LLP
50 Main St 9th floor
White Plains NY 10606

_____/s/ Joanne S. Faulkner___
Joanne S. Faulkner